IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Texarkana Division

| | |
|---|---|
| EPICREALM LICENSING, LP, <br><br>Plaintiff, <br><br>v. <br><br>AUTOFLEX LEASING INC., et al., <br><br>Defendants. | Civil Action No. 5:07-CV-125 |
| EPICREALM LICENSING, LP, <br><br>Plaintiff, <br><br>v. <br><br>FRANKLIN COVEY. et al., <br><br>Defendants. | Civil Action No. 5:07-CV-126 |
| EPICREALM LICENSING, LP, <br><br>Plaintiff, <br><br>v. <br><br>VARIOUS, INC., <br><br>Defendant. | Civil Action No. 5:07-CV-135 |

## **ORDER**

    The Unopposed Motion for Leave to File its Reply in Support of its Motion for Summary Judgment of Non-Infringement in Excess of the Page Limit shall be, and is hereby, GRANTED.
    **SIGNED this 21st day of September, 2007.**

*[signature]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE