## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### Texarkana Division

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:07-CV-125 |
| | ) | |
| AUTOFLEX LEASING INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| EPICREALM LICENSING, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:07-CV-126 |
| | ) | |
| FRANKLIN COVEY. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| EPICREALM LICENSING, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:07-CV-135 |
| | ) | |
| VARIOUS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On this day came to be heard the Unopposed Motion For Extension Of Time For Defendant To File Final Invalidity Contentions and after considering the Motion, the court is of the opinion that the Unopposed Motion should be GRANTED.

-1-

-2-

IT IS HERBY ORDERED that the deadline for Various, Inc. to file its Final Invalidity Contentions is extended from November 13, 2007 to November 15, 2007.

**SIGNED this 14th day of November, 2007.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE