IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § | |
| Plaintiff, | § § § | |
| v. | § § | 5:07-CV-125 |
| AUTOFLEX LEASING, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § | |
| Plaintiff, | § § | |
| v. | § § § | 5:07-CV-126 |
| FRANKLIN COVEY CO., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § | |
| Plaintiff, | § § | |
| v. | § § § | 5:07-CV-135 |
| VARIOUS, INC., | § § § | |
| Defendant. | § | |

**ORDER**

The Court has decided to grant Plaintiff epicRealm Licensing, LP's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment of Non-Infringement for Failure to Satisfy the "Releasing" Limitation. Accordingly, it is

1

2

ORDERED that epicRealm Licensing, LP's response to Defendants' Motion for Summary Judgment of Non-Infringement for Failure to Satisfy the "Releasing" Limitation shall be due on January 4, 2008, fifteen days after epicRealm takes the deposition of Peter Alexander on December 19-20, 2007.

**SIGNED this 27th day of November, 2007.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE