IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 5:07-CV-125 |
| AUTOFLEX LEASING, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 5:07-CV-126 |
| FRANKLIN COVEY CO., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 5:07-CV-135 |
| VARIOUS, INC., | § § § | |
| Defendant. | § | |

**ORDER**

The Court has decided to grant Plaintiff EpicRealm Licensing, LP's Unopposed Motion for Extension of Time to Respond to Defendant Clark Consulting Inc.'s Motion for Summary Judgment of No Infringement and Brief in Support. Accordingly, it is

1

ORDERED that EpicRealm Licensing, LP's response to Clark Consulting Inc.'s Motion for Summary Judgment of No Infringement and Brief in Support shall be due fifteen days after epicRealm takes the four depositions identified in its Unopposed Motion for Extension of Time.

**SIGNED this 27th day of December, 2007.**

*[signature]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

2