IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| EPICREALM LICENSING, LP,<br><br>        Plaintiff,<br><br>v.<br><br>AUTOFLEX LEASING, INC., et al.,<br><br>        Defendants. | Civil Action No. 5:07-CV-125 |
| EPICREALM LICENSING, LP,<br><br>        Plaintiff,<br><br>v.<br><br>FRANKLIN COVEY CO., et al.,<br><br>       Defendants. | Civil Action No. 5:07-CV-126 |
| EPICREALM LICENSING, LP,<br><br>        Plaintiff,<br><br>v.<br><br>VARIOUS, INC.,<br>        Defendant | Civil Action No. 5:07-CV-135 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S REPSONSE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-
INFRINGEMENT FOR FAILURE TO SATISFY THE "RELEASING"
LIMITATION**

Before the Court is Defendants, Franklin Covey Co., Clark Consulting, Inc., and

Herbalife International of America, Inc.'s Unopposed Motion for Leave for Extension of

Time to File Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment

of Non-Infringement for Failure to Satisfy the "Releasing" Limitation.

1

IT IS THEREFORE ORDERED that Defendants, Franklin Covey Co., Clark Consulting, Inc., and Herbalife International of America, Inc.'s Unopposed Motion for Leave for Extension of Time to File Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment of Non-Infringement for Failure to Satisfy the "Releasing" Limitation is GRANTED, and Defendants are allowed an additional five days after taking the deposition of Affiant, Dr. David Finkel.

**SIGNED this 11th day of January, 2008.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

2