IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 5:07-CV-125 | |
| § | | |
| AUTOFLEX LEASING, INC., et al., § | | |
| § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 5:07-CV-126 | |
| § | | |
| FRANKLIN COVEY CO., et al., § | | |
| § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 5:07-CV-135 | |
| § | | |
| VARIOUS, INC., § | | |
| § | | |
| Defendant. § | | |

**ORDER**

The Court has decided to grant epicRealm's Unopposed Motion for Extension of Time to Respond to Defendant Herbalife International of America, Inc.'s Motion for Partial Summary Judgment of Non-Infringement. Accordingly, it is

ORDERED that epicRealm Licensing, LP's response to Herbalife International of America's Motion for Partial Summary Judgment of Non-Infringement shall be due on May 16, 2008.

**SIGNED this 14th day of May, 2008.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE