IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **EPICREALM, LICENSING, LLC** | § § | |
| v | § § | No. 5:07CV125 |
| **AUTOFLEX LEASING, INC., et al.** | § § | |

| | | |
|---|---|---|
| **EPICREALM, LICENSING, LLC** | § § | |
| v | § § | No. 5:07CV126 |
| **FRANKLIN COVEY CO., et al.** | § § | |

| | | |
|---|---|---|
| **EPICREALM, LICENSING, LLC** | § § | |
| v | § § | No. 5:07CV135 |
| **VARIOUS, INC.** | § § | |

## ORDER REGARDING JUNE 17, 2008 HEARING

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, the above-referenced causes of action were referred to the undersigned for the pretrial purposes. The Court has scheduled for hearing June 17, 2008 at 10:00 a.m. numerous motions. The following time limits for the motions set for hearing will apply.

(1) Motion for summary Judgment of Non-Infringement for Failure to Satisfy the "Releasing" Limitation of Defendants Grande Communications Networks, Inc., Franklin Covey, Co., Clark Consulting, Inc., and Herbalife International of America, Inc. (Docket Entry #s 417, 386, 54)(30 minutes per side); (2) Plaintiff epicRealm Licensing, LP's Motion to Substitute Parties Pursuant to FED. R. CIV. P. 25(c)(Docket Entry #s 440, 409, 73)(15 minutes per side); (3) Defendant Herbalife

International of America's Motion for Partial Summary Judgment of Non-Infringement (Docket Entry #s 479, 437, 105)(30 minutes per side); (4) Plaintiff epicRealm Licensing, LP's Motion for Leave to Supplement its Preliminary Infringement Contentions for Defendants Herbalife International, Inc. (Docket Entry #s 487, 448, 112)(15 minutes per side); (5) Defendants' Joint Motion for Leave to Amend Their P.R. 3-3 Invalidity Contentions (Docket Entry #s 486, 446, 110)(30 minutes per side); and (6) Defendants Various, Inc. and FriendFinder Network, Inc.'s Motion for Summary Judgment (Docket Entry #s 494, 117)(30 minutes per side).

Beginning at 10:00 a.m., the Court will first hear argument on Defendants Various, Inc. and FriendFinder Network, Inc.'s Motion for Summary Judgment (Docket Entry #s 494, 117) and Motion for summary Judgment of Non-Infringement for Failure to Satisfy the "Releasing" Limitation of Defendants Grande Communications Networks, Inc., Franklin Covey, Co., Clark Consulting, Inc., and Herbalife International of America, Inc. (Docket Entry #s 417, 386, 54). The remaining motions will be heard after the lunch break in the order agreed upon by the parties.

**IT IS SO ORDERED**.

**SIGNED this 22nd day of May, 2008.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE