IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 5:07-CV-125 |
| AUTOFLEX LEASING, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 5:07-CV-126 |
| FRANKLIN COVEY CO., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 5:07-CV-135 |
| VARIOUS, INC., | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff epicRealm Licensing, L.P.'s Unopposed Motion for Leave to Exceed Page Limitation. The Motion is filed in connection with Plaintiff's Reply to Defendant Herbalife's Opposition to EpicRealm's Motion for Leave to Supplement Infringement

Contentions. The Court finds that the Motion is well taken and should be granted. Therefore, it is hereby

ORDERED that epicRealm Licensing, L.P. be permitted to file its Reply to Defendant Herbalife's Opposition to EpicRealm's Motion for Leave to Supplement Infringement Contentions up to three (3) pages in excess of the page limitation stated in Local Rule CV-7(a)(2).

**SIGNED this 23rd day of May, 2008.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE