IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 5:07-CV-125 |
| | § | |
| AUTOFLEX LEASING, INC., et al., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 5:07-CV-126 |
| | § | |
| FRANKLIN COVEY CO., et al., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 5:07-CV-135 |
| | § | |
| VARIOUS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This day the Court considered Plaintiff epicRealm Licensing, L.P.'s Unopposed Motion to Extend Time to File Sur-Reply. The Court finds that the Motion is well-taken and should be GRANTED. It is hereby

ORDERED that the deadline for Plaintiff epicRealm Licensing, L.P. to file is Sur-Reply to Herbalife International of America, Inc.'s Motion for Partial Summary Judgment of Non-Infringement is June 16, 2008.

**SIGNED this 9th day of June, 2008.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE