IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 5:07-CV-125 | |
| § | | |
| AUTOFLEX LEASING, INC., et al., § | | |
| § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 5:07-CV-126 | |
| § | | |
| FRANKLIN COVEY CO., et al., § | | |
| § | | |
| Defendants. § | | |

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 5:07-CV-135 | |
| § | | |
| VARIOUS, INC., § | | |
| § | | |
| Defendant. § | | |

**ORDER**

This day the Court considered Plaintiff epicRealm Licensing, L.P.'s Unopposed Motion to Extend Time to File Sur-Reply. The Court finds that the Motion is well-taken and should be GRANTED. It is hereby

ORDERED that the deadline for Plaintiff epicRealm Licensing, L.P. to file is Sur-Reply to Defendant Various, Inc. and FriendFinder Network, Inc.'s Motion for Summary Judgment is June 16, 2008.

**SIGNED this 9th day of June, 2008.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE