IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP,<br>　　　Plaintiff,<br><br>v.<br><br>AUTOFLEX LEASING, INC., et al.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | 5:07-CV-125 |
| EPICREALM LICENSING, LP,<br>　　　Plaintiff,<br><br>v.<br><br>FRANKLIN COVEY CO., et al.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | 5:07-CV-126 |
| EPICREALM LICENSING, LP,<br>　　　Plaintiff,<br><br>v.<br><br>VARIOUS, INC.,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | 5:07-CV-135 |

## ORDER

The Court, having considered the parties' Joint Motion to Extend Deadlines in Court's Docket Control Order, is of the opinion that said motion should be GRANTED.

It is THEREFORE ORDERED that the following deadlines are extended as follows:

| | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Deadline for Filing dispositive motions, including motions on invalidity and unenforceability | June 30, 2008 | July 2, 2008 |

**SIGNED this 23rd day of June, 2008.**

1

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE