# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM LICENSING, LP, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 5:07-CV-125 |
| AUTOFLEX LEASING INC., et al., | § | |
| Defendants. | § | |
| EPICREALM LICENSING, LP, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 5:07-CV-126 |
| FRANKLIN COVEY, et al., | § | |
| Defendants. | § | |
| EPICREALM LICENSING, LP, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 5:07-CV-135 |
| VARIOUS, INC., | § | |
| Defendant. | § | |

**ORDER**

On this day came on for consideration Defendants Various, Inc. and FriendFinder Network Inc.'s Unopposed Motion for Leave to Exceed Page Limitation. The Motion is filed in connection with Defendants' Reply in support of their Motion for Leave to Supplement Summary Judgment Record. The Court finds the Motion is well taken and should be GRANTED.

1

2

IT IS THEREFORE ORDERED that Defendants Various, Inc. and FriendFinder Network Inc. be permitted to file their Reply in support of their Motion for Summary Judgment of Non-infringement up to 4 pages in excess of the page limitation stated in Local Rule CV-7(a)(1).

**SIGNED this 10th day of July, 2008.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE