IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **EPICREALM, LICENSING, LLC** § | | |
| § | | |
| v § | No. 5:07CV125 | |
| § | | |
| **AUTOFLEX LEASING, INC., et al.** § | | |

| | | |
|---|---|---|
| **EPICREALM, LICENSING, LLC** § | | |
| § | | |
| v § | No. 5:07CV126 | |
| § | | |
| **FRANKLIN COVEY CO., et al.** § | | |

| | | |
|---|---|---|
| **EPICREALM, LICENSING, LLC** § | | |
| § | | |
| v § | No. 5:07CV135 | |
| § | | |
| **VARIOUS, INC.** § | | |

## ORDER

Before the Court are Defendants FriendFinder, Inc. and Various, Inc.'s Motion for Leave to Supplement Summary Judgment Record (Docket Entry # 174) and Defendant Herbalife's Motion for Leave to Supplement Summary Judgment Record (Docket Entry # 179). The Court, having reviewed the relevant briefing, is of the opinion the motions should be **GRANTED**. Defendants are granted leave to supplement their motions for summary judgment of noninfringement with the relevant excerpts of testimony from the deposition of Dr. David Finkel, the technical expert for Plaintiffs epicRealm Licensing, LP and Parallel Networks, LLC. Accordingly, it is

**ORDERED** that Defendants FriendFinder, Inc. and Various, Inc.'s Motion for Leave to Supplement Summary Judgment Record (Docket Entry # 174) and Defendant Herbalife's Motion for Leave to Supplement Summary Judgment Record (Docket Entry # 179) are hereby **GRANTED**.

It is further

**ORDERED** that Defendants are granted leave to supplement their motions for summary judgment of noninfringement with the relevant excerpts of testimony from the deposition of Dr. David Finkel, the technical expert for Plaintiffs epicRealm Licensing, LP and Parallel Networks, LLC.

**SIGNED this 15th day of July, 2008.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE