IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EPICREALM, LICENSING, LP, and PARALLEL NETWORKS LLC | § § § | |
| v. | § § | Civil Action No. 5:07-CV-125-DF |
| AUTOFLEX LEASING, INC., ET AL. | § § | |
| EPICREALM, LICENSING, LP, and PARALLEL NETWORKS LLC | § § § § | |
| v. | § § § | Civil Action No. 5:07-CV-135-DF |
| VARIOUS, INC. | § § | |

**O R D E R**

    Before the Court is Defendants' Motion to Strike the Supplemental Expert Report of Michael J. Wagner and the Second Supplemental Expert Infringement Report of Dr. David Finkel.  Dkt. No. 627, Case No. 5:07-cv-125; Dkt. No. 241, Case No. 5:07-cv-135.  Also before the Court are Plaintiffs' response and Defendants' reply.  Dkt. No. 679, Case No. 5:07-cv-125, Dkt. No. 291, Case No. 5:07-cv-135; Dkt. No. 694, Case No. 5:07-cv-125, Dkt. No. 305, Case No. 5:07-cv-135.  Having considered the arguments of counsel and all relevant papers and pleadings, the Court finds that Defendants' motion should be **GRANTED**.  The Court will issue a written opinion within fourteen days of this Order.

    **SIGNED this 17th day of August, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE