IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS LLC | § § | |
| v. | § § | Civil Action No. 5:07-CV-125-DF |
| FRIENDFINDER NETWORKS, INC. | § § § | |
| PARALLEL NETWORKS LLC | § § | |
| | § | Civil Action No. 5:07-CV-135-DF |
| v. | § § | |
| VARIOUS, INC. | § | |

## VERDICT FORM

**QUESTION NO. 1:**

Has Parallel Networks proven by a preponderance of the evidence that either FriendFinder or Various (collectively, "FriendFinder") infringes any of the claims of the patents in suit?

Answer "Yes" or "No" for each claim listed below.

**'554 Patent**

Claim 1    Answer:   YES

Claim 2    Answer:   YES

Claim 3    Answer:   YES

Claim 4    Answer:   YES

Claim 5    Answer:   YES

1

Claim 7      Answer:   YES

Claim 8      Answer:   YES

Claim 11     Answer:   YES

**'335 Patent**

Claim 2      Answer:   YES

Claim 16     Answer:   YES

## QUESTION NO. 2:

Has FriendFinder proven by clear and convincing evidence that any of the claims of the patents in suit are invalid for obviousness?

Answer "Yes" or "No" for each claim listed below.

**'554 Patent**

| | | |
|---|---|---|
| Claim 1 | Answer: | NO |
| Claim 2 | Answer: | NO |
| Claim 3 | Answer: | NO |
| Claim 4 | Answer: | NO |
| Claim 5 | Answer: | NO |
| Claim 7 | Answer: | NO |
| Claim 8 | Answer: | NO |
| Claim 11 | Answer: | NO |

**'335 Patent**

| | | |
|---|---|---|
| Claim 2 | Answer: | NO |
| Claim 16 | Answer: | NO |

**QUESTION NO. 3:**

If you have found that the FriendFinder system infringes any asserted claim of the '554 or '335 patents, even if you have answered "yes" to any portion of Question 2, please determine the sum of money that would fairly and adequately compensate Parallel Networks as reasonable royalty for infringement.

Answer in dollar and cents.

Answer:     $ 1,257,000.

Signed this 25 day of August, 2008.