## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **EPICREALM, LICENSING, LP, and PARALLEL NETWORKS LLC** § § § | |
| v. § | Civil Action No. 5:07-CV-125-DF |
| § | |
| **AUTOFLEX LEASING, INC., ET AL.** § § | |
| | |
| **EPICREALM, LICENSING, LP, and PARALLEL NETWORKS LLC** § § § | |
| § | Civil Action No. 5:07-CV-135-DF |
| v. § § | |
| **VARIOUS, INC.** § | |

**O R D E R**

Before the Court is Defendants' Motion to Strike the Supplemental Expert Report of Michael J. Wagner and the Second Supplemental Expert Infringement Report of Dr. David Finkel. Dkt. No. 627, Case No. 5:07-CV-125 ("Case No. 125"); Dkt. No. 241, Case No. 5:07-CV-135 ("Case No. 135"). Also before the Court are Plaintiffs' response and Defendants' reply. Dkt. No. 679, Case No. 125; Dkt. No. 291, Case No. 135; Dkt. No. 694, Case No. 125; Dkt. No. 305, Case No. 135. This motion was previously **GRANTED**. Dkt. No. 703, Case No. 125; Dkt. No. 312, Case No. 135.

In addition, before the Court is Defendants' Motion to Exclude Expert Testimony Regarding Non-infringing Alternative. Dkt. No. 570, Case No. 125; Dkt. No. 187, Case No. 135. Also before the Court are Plaintiffs' response and Defendants' reply. Dkt. No. 617, Case No. 125; Dkt. No. 232, Case No. 135; Dkt. No. 628, Case No. 125; Dkt. No. 242, Case No. 135. This motion was previously **DENIED**. Dkt. No. 707, Case No. 125; Dkt No. 316, Case No. 135

Due to the busy nature of the Court's docket, written opinions on these motions have not yet

issued.  The Court has considered the arguments of counsel and all relevant papers and pleadings, and  will issue a written opinion on these matters before the entry of Final Judgment.

**SIGNED this 5th day of September, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE