IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § | 5:07-CV-125 |
| AUTOFLEX LEASING, INC., et al., | § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § | 5:07-CV-135 |
| VARIOUS, INC., | § § | |
| Defendant. | § | |

**ORDER**

Recognizing the Stipulation of Dismissal filed by plaintiff Parallel Networks, LLC and defendants Various, Inc. and FriendFinder Network, Inc., it is

ORDERED that the claims and causes of action asserted herein by plaintiff Parallel Networks, LLC against defendants Various, Inc. and FriendFinder Network, Inc. be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses of non-infringement, invalidity and unenforceability asserted herein by defendants Various, Inc. and FriendFinder Network, Inc. against plaintiff Parallel Networks, LLC be, and hereby are, dismissed without prejudice;

ORDERED that all counterclaims and defenses other than non-infringement, invalidity and unenforceability asserted herein by defendants Various, Inc. and FriendFinder Network, Inc. against plaintiff Parallel Networks, LLC be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorney's fees, expenses and costs.

**SIGNED this 5th day of January, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE